App. Div.]        First Department, May, 1918.

AUGUSTA ENGLEHARDT, Respondent, v. RODGERS & HAGERTY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

REGINA F. NOONAN, Respondent, v. GEORGE C. TAYLOR, as President of the AMERICAN EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

JOHN JOHNSON, by His Guardian ad Litem, FRANCIS X. COSSIN, Respondent, v. DANIEL DARROW, Doing Business under the Trade Name of RUFUS DARROW'S SONS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

J. GEORGE STACEY and Others, Appellants, v. GEORGE W. MEYER, Respondent, Impleaded with Others.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH HART, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of FANNIE L. STROUSE, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ALBERT ERBECK, Appellant, v. NEW YORK EDISON COMPANY, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Shearn, J., dissented.

FANNIE DI RIENZO, an Infant, by FERDINAND DI RIENZO, Her Guardian ad Litem, Respondent, v. THOMAS P. BRENACK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ANNA H. GOLDENWEISER, Respondent, v. ARTHUR W. DRUBIN and Another, Copartners, etc., Appellants.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of evidence. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Shearn, J., dissented.

MINNIE NEUDORF, an Infant, by MORRIS NEUDORF, Her Guardian ad Litem, Respondent, v. HAROLD GREENE, Appellant, Impleaded with Another. (No. 1.) — Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Clarke, P. J., and Smith, J., dissented.

MORRIS NEUDORF, Respondent, v. HAROLD GREENE, Appellant, Impleaded with Another. (No. 2.) — Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Clarke, P. J., and Smith, J., dissented.

FRANCES MIDDLETON, as Administratrix, etc., Respondent, v. LOUIS SPRECKELS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CATERINA POLLINI, Respondent, v. WESTCHESTER ELECTRIC RAILROAD